1  ERIC GRANT
   United States Attorney
2  ERIC CHANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Defendants/Respondents

7
                   IN THE UNITED STATES DISTRICT COURT
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10 | PASCAL ROGET,                              CASE NO. 1:25-CV-00863 KES-BAM

11 |                  Plaintiff,                STIPULATION AND [PROPOSED] ORDER TO
                                                RESCHEDULE SCHEDULING CONFERENCE
12 |          v.

13 | USCIS, ET AL

14 |                  Defendants.

15

16

17     Plaintiff Pascal Roget and Defendants U.S. Department of Justice, et al., by and through their

18 undersigned counsel, hereby stipulate and respectfully request that the Court continue the Scheduling

19 Conference currently set for October 14, 2025, at 8:30 a.m. (ECF No. 4)

20     Defendants filed a motion to dismiss on September 22, 2025, which remains pending before the

21 Court. (ECF No. 11.) On September 24, 2025, the parties conducted their Rule 26(f) conference and

22 met and conferred regarding the issues required by the Court's Scheduling Conference Order (ECF No.

23 4). The parties also discussed continuing the Scheduling Conference.

24     The parties agree that judicial economy would be served, and resources conserved, by

25 postponing the Scheduling Conference until after the Court has resolved the pending Motion to Dismiss.

26 The parties agree that no party will suffer prejudice from this continuance. This continuance will avoid

27 the need to prepare a joint scheduling report and address discovery issues that may be mooted by

28
                                                    1

resolution of the pending motion.  The parties therefore stipulate that the Scheduling Conference will be re-set and continued to 30 days after disposition of the Motion to Dismiss, or to another date convenient for the Court.

Respectfully submitted,

Dated:  September 30, 2025
                ERIC GRANT
                United States Attorney

By:  /s/ ERIC CHANG
     ERIC CHANG
     Assistant United States Attorney

/s/ SABRINA DEMAST
AMY LENHART
SABRINA DEMAST
Counsels for Plaintiff

2

**ORDER**

Plaintiff Pascal Roget and Defendants U.S. Department of Justice, et al. (collectively the "Parties"), through their respective counsel, have stipulated to continue the Scheduling Conference currently set for October 14, 2025, at 8:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.  (Doc. 4.)  In light of the pending motion to dismiss (Doc. 11), based on the Parties' stipulation and good cause appearing, the Scheduling Conference in this action shall be CONTINUED until **Tuesday, April 14, 2026 at 9:00 AM** in Courtroom 8.

IT IS SO ORDERED.

Dated:   **October 2, 2025**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE