1  Sabrina Damast (CA SBN #305710)
2  Amy Lenhert (CA SBN#227717)
   Rocio La Rosa (CA SBN #314831)
3  Law Office of Sabrina Damast, Inc.
   510 West 6th Street, Suite 330
4  Los Angeles, CA 90014
5  Telephone: (323) 475-8716
   Email: sabrina@sabrinadamast.com
6  amy@sabrinadamast.com
7  rocio@sabrinadamast.com

8

9  Counsel for Plaintiff

10
            UNITED STATES DISTRICT COURT FOR THE
11
                 EASTERN DISTRICT OF CALIFORNIA
12

13 | Pascal Roget,                          | Case No. 1:25-cv-00863-BAM
14 |     Plaintiff,                         |
15 |         v.                             |
                                            | STIPULATION AND
16 | U.S. Department of Justice, *et al*.   | [PROPOSED] ORDER FOR
17 |                                        | EXTENSION OF TIME TO FILE
   |     Defendants.                        | PETITIONER'S OPPOSITION
18 |                                        | TO MOTION TO DISMSS
19 |                                        | [Proposed] Hearing Date:
20 |                                        | November 21, 2025
                                            | Time: 9:00 am
21 |                                        | Courtroom: 8

Plaintiff Pascal Roget and Defendants U.S. Department of Justice, et al., by and through their undersigned counsel, hereby stipulate under Local Rule 230, to extend Petitioner's opposition to Defendant's motion to dismiss. (ECF No. 11). The opposition is currently due on October 6, 2025. However, undersigned counsel was out of the office last week in celebration of the Rosh Hashana holiday, and will be out of the office again tomorrow in observance of Yom Kippur. Accordingly, the parties stipulate to an extension of the deadline to oppose the motion to dismiss to October 27, 2025, and that Defendants' reply deadline be extended to November 3, 2025.

Dated: October 1, 2025        /s/ *Sabrina Damast*
                              SABRINA DAMAST
                              AMY LENHERT
                              Attorneys for Plaintiff

Dated: October 1, 2025        */s/ Eric Chang*
                              ERIC CHANG
                              Assistant US Attorney

**ORDER**

Based upon the parties' stipulation, and for cause shown, IT IS ORDERED that:

- Plaintiff's deadline to oppose Defendant's motion to dismiss (Doc. 11) shall be extended from October 6, 2025, to October 27, 2025; and
- Defendants' reply deadline shall be extended to November 3, 2025.

IT IS SO ORDERED.

Dated:   **October 2, 2025**           /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE