Sabrina Damast (CA SBN #305710)
Amy Lenhert (CA SBN#227717)
Rocio La Rosa (CA SBN #314831)
Law Office of Sabrina Damast, Inc.
510 West 6th Street, Suite 330
Los Angeles, CA 90014
Telephone: (323) 475-8716
Email: sabrina@sabrinadamast.com
amy@sabrinadamast.com
rocio@sabrinadamast.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| Pascal Roget, | Case No. 1:25-cv-00863-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON MOTION TO DISMSS |
| U.S. Department of Justice, *et al*. | |
| Defendants. | |

Plaintiff Pascal Roget and Defendants U.S. Department of Justice, et al., by and through their undersigned counsel, hereby stipulate under Local Rule 230, to continue the hearing on Defendant's motion to dismiss. (ECF No. 11). The hearing is currently set for October 24, 2025 at 9:00 am. However, Plaintiff's attorneys of record will both be out of the country on that date. Accordingly, the parties stipulate to a continuance of the hearing date until November 21, 2025 at 9:00 am.

Dated: October 1, 2025          /s/ *Sabrina Damast*
                                SABRINA DAMAST
                                AMY LENHERT
                                Attorneys for Plaintiff


Dated: October 1, 2025          */s/ Eric Chang*
                                ERIC CHANG
                                Assistant US Attorney

# ORDER

Plaintiff Pascal Roget and Defendants U.S. Department of Justice, et al. (collectively the "Parties"), through their respective counsel, have stipulated to continue the hearing on Defendants' motion to dismiss (Doc. 11) currently set for October 24, 2025 at 9:00 a.m. to November 21, 2025 at 9:00 a.m. Based on the Parties' stipulation and good cause appearing, the motion hearing in this action shall be CONTINUED until **Friday, November 21, 2025 at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall appear at the conference remotely with each party connecting via Zoom video. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the hearing. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: __**October 2, 2025**__      /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE