1  ERIC GRANT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants/Respondents

7
                IN THE UNITED STATES DISTRICT COURT
8
                 EASTERN DISTRICT OF CALIFORNIA
9

10 PASCAL ROGET,                          CASE NO. 1:25-CV-00863 BAM

11                  Plaintiff,            [PROPOSED] ORDER TO STAY CASE IN LIGHT
                                          OF LAPSE OF APPROPRIATIONS
12         v.

13 USCIS, ET AL

14                  Defendants.

15

16

17     Good cause being established, Defendants' motion to stay all deadlines in this matter is granted.

18 Within 7 days of when Congress restores appropriations to the Department of Justice, Defendants shall

19 file a joint stipulation of parties, or other notice, resetting the deadline for its reply brief and the motion

20 hearing.

21
   IT IS SO ORDERED.
22

23     Dated:  **November 3, 2025**          /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE
24

1