1  ERIC GRANT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 PASCAL ROGET,                          CASE NO.  1:25-CV-00863-BAM

11                    Plaintiff,           STIPULATION AND [PROPOSED] ORDER TO
                                           SET REPLY DEADLINE AND MOTION
12                    v.                    HEARING

13 UNITED STATES DEPARTMENT OF
   JUSTICE, ET AL.,
14

15                    Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

Pursuant to the Court's November 3, 2025 Order, Plaintiff Pascal Roget and Defendants, the United States Department of Justice, et al., by and through their undersigned counsel, hereby stipulate and respectfully request that the Court enter the following scheduling order:

1.  Any reply to Plaintiff's opposition to Defendants' motion to dismiss shall be filed by January 7, 2026. (*See* ECF Nos. 11, 19).

2.  If a hearing on the motion is necessary, the parties request the hearing be set for January 16, 2026, at 9:00 a.m. via Zoom video teleconferencing. If that date is not convenient for the Court, the parties alternatively request the hearing be scheduled for January 30, 2026, or February 6, 2026, at 9:00 a.m. via Zoom video teleconferencing.

Respectfully submitted,

Dated: November 19, 2025

ERIC GRANT
United States Attorney

By:  /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ SABRINA DEMAST
SABRINA DEMAST
Counsel for Plaintiff

ORDER

Pursuant to the parties' stipulation, and cause appearing, Defendants shall file any reply brief by January 7, 2026. A hearing will not be set at this time, and the motion will be deemed submitted upon the filing of the reply brief. L.R. 230(g). If the Court determines that a hearing will be necessary following a review of the parties' papers, then a hearing will be set by the Court.

IT IS SO ORDERED.

Dated:  **November 20, 2025**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2