UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCAL ROGET, | Case No.  1:25-cv-00863-FJS |
| Plaintiff, | ORDER RESETTING SCHEDULING CONFERENCE |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

The initial scheduling conference in this action was previously set for April 14, 2026. (ECF No. 16.)  On November 3, 2025, the Court granted Defendants' motion to stay the case in light of a lapse in appropriations to the Department of Justice.  (ECF No. 22.)  The motion to dismiss briefing deadlines were subsequently reset by stipulation of the parties, but the initial scheduling conference was not reset.  (ECF No. 24.)  Accordingly, the initial scheduling conference is hereby RESET to May 28, 2026, at 10:00 AM before Magistrate Judge Frank J. Singer.  The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **April 13, 2026**

_____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE