UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PASCAL ROGET,

      Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE, et al.,

      Defendants.

Case No.  1:25-cv-00863-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

On September 22, 2025, the Defendants Pamela Bondi, Sirce E. Owen, the Executive Office for Immigration Review, and the U.S. Department of Justice filed their motion to dismiss. (ECF No. 11.) On November 11, 2025, the court took the motion under submission without oral argument. (ECF No. 24.) Accordingly, the initial SCHEDULING CONFERENCE currently set for May 28, 2026, is continued to June 30, 2026, at 9:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

   Dated:  **May 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE