UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAGAL ROGET,

          Plaintiff,

 v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

          Defendants.

CASE No.: 1:25-CV-00863-FJS

ORDER GRANTING JOINT STIPULATION
TO DISMISS WITHOUT PREJUDICE

(ECF No. 31)

On June 23, 2026, the parties filed a stipulation of dismissal of the entire action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 31.) The stipulation further indicates that each of the parties are to bear their own fees and costs. (*Id.*) In light of the stipulation of dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the court HEREBY VACATES all pending dates in this matter.  The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated:   **June 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING JOINT STIPULATION TO DISMISS  WITH PREJUDICE